UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Plaintiff,

     -against-

JEFFERSON SANCHEZ,
                  Defendant.
-------------------------------------------------------------X

21 **CIVIL** 9085 (LTS)
21 **CR.** 0097 (LTS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 4, 2021, Mr. Sanchez's Motion is denied; accordingly, case number 21cv9085 is closed.

**DATED:** New York, New York
            November 5, 2021

                                                               RUBY J. KRAJICK
                                                               Clerk of Court
                             BY:
                                                               Deputy Clerk